UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY DUANE SHAW,

    Petitioner,

v.

KENNETH MCKEE,

    Respondent.
_____/

Case No. 07-12444
Honorable Patrick J. Duggan

## JUDGMENT

Petitioner Jeremy Duane Shaw has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent thereafter filed a motion to dismiss contending that the petition is barred by the statute of limitations set forth in the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). On this date, the Court issued an Opinion and Order granting Respondent's motion and dismissing the petition.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, Petitioner's application for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

    s/PATRICK J. DUGGAN
    UNITED STATES DISTRICT JUDGE

Copies to:
Jeremy Duane Shaw, #258480
Muskegon Correctional Facility
2400 S. Sheridan
Muskegon, MI 49442

Brian O. Neill, Esq.